UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA RUNYAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TARGET CORPORATION,<br><br>　　　　　Defendant. | Case No. 22-cv-00006-SK<br><br>**ORDER TO SHOW CAUSE**<br><br>Regarding Docket No. 3 |

This case is set for an initial case management conference on April 4, 2022. (Dkt. 3.) The parties' joint case management conference statement was due March 28, 2022. (*Id.*) Both parties have consented to the jurisdiction of a magistrate judge pursuant to 28 U.S.C. § 636. (Dkts. 6, 7.) The parties did not submit a case management conference statement by the due date of March 28, 2022. After a reminder from the Court (Dkt. 10), the parties still have not submitted a statement. Accordingly, the Court HEREBY ORDERS the parties to SHOW CAUSE for failing to comply with the Court's Standing Order and give an explanation why this action should not be dismissed for failure to prosecute. The initial case management conference is VACATED, to be reset as needed after explanation from the parties. The parties' responses shall be due no later than April 7, 2022.

**IT IS SO ORDERED**.

Dated: March 31, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　SALLIE KIM
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge